**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1381**

———————————

DENNIS GOBURN,

Plaintiff - Appellant,

versus

TRAVELERS INSURANCE COMPANY,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-02-504-AMD)

———————————

Submitted:  August 29, 2002          Decided:  September 4, 2002

———————————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dennis Goburn, Appellant Pro Se.  David Bruce Stratton, JORDAN, COYNE & SAVITS, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Goburn appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goburn v. Travelers Ins. Co., No. CA-02-504-AMD (D. Md. Apr. 1, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the district court thoroughly explained the reasons for its ruling from the bench.